IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TERRY, C.,[1]                           )
                                        )
           Plaintiff,                   )
                                        )
v.                                      )
                                        )
NANCY A. BERRYHILL,                     )
*Acting Commissioner of Social Security*,)
                                        )
           Defendant.                   )   Civil Action No. 1:18-CV-0096-C-BL

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the above-styled and -numbered civil action be remanded back to the administration. The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendations are hereby **ADOPTED** as the finding and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is hereby **REMANDED**. Upon remand, the administrative law judge should conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

of the Social Security Act, including offering Plaintiff a new hearing, and issuing a new decision.

Signed this 2nd day of April, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE